UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

**RONALD COLBERT and
JERRI COLBERT,**

        Plaintiffs,

v.                               CASE NO. 3:09-cv-998-J-20JRK

**THE UNITED STATES OF AMERICA,
KANDIS MARTINE, and PV HOLDING
CORP., d/b/a BUDGET-A-CAR SYSTEM,
INC., a foreign corporation,**

        Defendants.

_____/

### ORDER

This cause is *sua sponte* before this Court. On May 26, 2010, this Court issued a Show Cause Order (Dkt. 22) to Patrick Mason, Counsel for Defendant Kandis Martine. Mason was ordered to show cause, within fourteen days, why his *pro hac vice* status should not be revoked for his failure to maintain a valid e-mail address with the Clerk.

Mason's response to this Order, (Dkt. 23), outlined his efforts to register an e-mail address. The Clerk explained that before Mason could register an e-mail address he must first be admitted *pro hac vice*, and there was no such Order. Thereafter, an Unopposed Motion to Appear *Pro Hac Vice* (Dkt. 24) was submitted on Mason's behalf. That motion, however, was denied without prejudice (Dkt. 25) because the it did not represent whether Mason was a member in good standing of a bar of any District Court of the United States. The Order directed that if Mason continued to seek *pro hac vice* status, a renewed motion should be filed by June 30, 2010. No renewed motion has been filed as of this date.

In addition, this Court's staff contacted counsel for Kandis Martine about Mason's status. However, no additional motion has been filed with this Court.

According, it is **ORDERED**:

1. The Clerk shall terminate Patrick Mason as Counsel for Defendant Kandis Martine from the docket;

2. Should Mason wish to be admitted *pro hac vice*, he must file the appropriate motion and it will be considered at that time.

**DONE AND ENTERED** at Jacksonville, Florida, this 9th day of August, 2010.

HARVEY E. SCHLESINGER
UNITED STATES DISTRICT JUDGE

Copies to:
Matthew N. Posgay, Esq.
Ronnie S. Carter, Esq.
Patrick Mason, Esq.
R. Frank Myers, Esq.